**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **ADAM P JOHNSON ET AL** | **CASE NO.   2:22-CV-00081** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **SEGWAY INC ET AL** | **MAGISTRATE JUDGE KAY** |

**NOTICE OF DEFICIENT DOCUMENT**

**NOTICE TO FILER:**

The Motion to Withdraw as Attorney filed on October 14, 2022 by Ninebot (Changzhou) Tech Co Ltd, Segway Inc was DEFICIENT for the following reason(s):

- ✓   The above-referenced item lacks information (such as client address information or notification of pending deadlines) as required under LR83.2.11. Please refer to this rule to ensure all conditions have been met.
   The motion cannot be referred to chambers until this deficiency is corrected.

**Please electronically submit a "Corrective Document" within 10 days from the date of this notice or the document may be stricken by the court.   PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."**   All filing deadlines previously set remain in effect.   Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.